UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN BREA,

                      Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK, DMJM HARRIS, HI-TECH BREAKING, INC, PROPERTY OWNERS A-Z (said names being ficticious, RAILROAD OWNERS AND OPERATORS A-Z (said names being fictitious), CORPORATIONS A-Z, (said names being fictitious)

                      Defendant.

Case No. 07-CIV-10469(KMK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_DMJM HARRIS, INC._ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        AECOM Technology Corporation

**Date:** February 1, 2008

Signature of Attorney

**Attorney Bar Code:** (JG-9031)

Form Rule7_1.pdf  SDNY Web 10/2007