UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN BREA,

        Plaintiff,

   - against -

NATIONAL RAILROAD PASSENGER CORP, d/b/a
AMTRAK, DMJM HARRIS, HI-TECH BREAKING
INC., PROPERTY OWNERS A-Z (said names being
fictitious), RAILROAD OWNERS AND OPERATORS
A-Z (said names being fictitious), PUBLIC ENTITIES
A-Z (said names being fictitious), CORPORATIONS A-
Z (said names being fictitious).

        Defendants.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07 CV 10469

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has
> no parent company. However, American Premiere Underwriters,
> Inc. and Burlington Northern Santa Fe Railroad Company own 10%
> or more of Amtrak's stock.

    These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
           February 19, 2008

                                Respectfully submitted,

                                LANDMAN CORSI BALLAINE & FORD P.C.

                By:  _____
                      Ronald E. Joseph (RJ9302)
                      Attorneys for Defendant Amtrak
                      120 Broadway, 27th Floor
                      New York, New York 10271-0079
                      (212) 238-4800

456861.1 DocsNY

TO:        BISCEGLIE & DEMARCO, LLC
365 Rifle Camp Road
West Patterson, NJ 07424
(973) 742-8900

CALLERON, O'HARA & MILLS
Attorneys for DMJM Harris
1275 Franklin Avenue
Suite 450
Garden City, NY 11530

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MICHAEL S. GIOIA, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at PLAINVIEW, NEW YORK.

That on the 20th day of February, 2008, deponent served the within **RULE 7.1 STATEMENT**

upon

BISCEGLIE & DEMARCO, LLC
365 Rifle Camp Road
West Patterson, NJ 07424

CALLERON, O'HARA & MILLS
1275 Franklin Avenue
Suite 450
Garden City, NY 11530

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Michael S. Gioia

Sworn to before me this
20th day of February, 2008

_____
Notary

REGINA CAJIGAS
Notary Public, State of New York
No. 01CA6032498
Qualified in Kings County
Commission Expires November 1, 20__

Index No. 07 CV 10469

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN BREA,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK, DMJM HARRIS, ET AL.,

Defendants.

===

## NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

**LANDMAN CORSI BALLAINE & FORD P.C.**
*Attorneys for*

*Office and Post Office Address*
**120 Broadway**
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

===

## NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at

on

at                M.

Dated,

Yours, etc.

**LANDMAN CORSI BALLAINE & FORD P.C.**
*Attorneys for*

*Office and Post Office Address*
**120 Broadway**
NEW YORK, N.Y. 10271-0079

To

Attorney(s) for

===

## RULE 7.1 STATEMENT

Signature (Rule 130-1.1-a)

Print name beneath

**LANDMAN CORSI BALLAINE & FORD P.C.**
*Attorneys for*
NATIONAL RAILROAD
*Office and Post Office Address, Telephone*
**120 Broadway**
NEW YORK, N.Y. 10271-0079
(212) 238-4800
FAX: (212) 238-4848

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

1500 - **Blumberg**Excelsior Inc., NYC 10013