**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
---------------------------------X
Brea


                                            NOTICE OF REASSIGNMENT


            -v-
                                            1:07 CV 10469 (SHS) (MHD)



Amtrak


---------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: Sidney H. Stein

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


                                            J. Michael McMahon, CLERK

Dated: 05/06/2008
                                       by: _____
                                                   Deputy Clerk



CC:    Attorneys of Record

CASE REDESIGNATED TO: Michael H. Dolinger


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                                            Revised: September 9, 2004