USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| JUAN BREA, | : | 07 Civ. 10469 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| NATIONAL RAILROAD PASSENGER CORP., *ET AL.*, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before May 16, 2008;

2. The next pretrial conference is scheduled for July 10, 2008, at 10:00 a.m.; and

3. The last day for completion of all discovery is October 31, 2008.

Dated: New York, New York
       May 9, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.