%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> Third Party in a civil action | DATE May 21, 2008   at   3:05 PM |
| NAME OF SERVER *(PRINT)* Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 16-16 Whitestone Expressway, Whitestone, NY 11357 Skanska USA Civil Northeast Inc.

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Erica Schieler - Managing Agent, Auth. to Accept
Desc: White Female, Brown Hair, 55-60 yrs., 5'6-5'7, 175 lbs. and Glasses

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 23, 2008
              Date

Signature of Server
Robert M. Serkes - #871450
Garden City S., NY

Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.