Colleran
Civil Action No 07-CV10469(SHS)
(MHD)
5/16/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Third Party Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE May 27, 2008 at 12:00 PM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 175 Water Street, New York, NY
Illinois National Insurance Co.

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Anne Winniek - Paralegal, Auth. to Accept
Desc: White Female, Blond Hair, 29 yrs., 5'5, 140 lbs.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 28, 2008
                    Date              *Signature of Server*

Charles Kastner - #957455
Valley Stream, NY
*Address of Server*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR6031219
Qualified in Nassau County
Commission Expires August 1, 2010

*Lynn M. Tranquellino* (signature)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.