May-30-08   02:48pm   From-Colleran O'Hara & Mills                5167421765

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUAN BREA,

                Plaintiffs,

-against-

NATIONAL RAILROAD PASSENGER CORP.,
d/b/a AMTRAK, DMJM HARRIS, HI-TECH
BREAKING, INC., PROPERTY OWNERS A-Z
(said names being fictitious), RAILROAD OWNERS
AND OPERATORS A-Z (said names being
fictitious), PUBLIC ENTITIES A-Z (said names being
fictitious)

                Defendants.
-------------------------------------------------------x
DMJM HARRIS,

                Defendant/Third-Party Plaintiff,

vs.

SKANSKA USA CIVIL NORTHEAST INC., and
ILLINOIS NATIONAL INSURANCE COMPANY,

                Third-Party Defendants.
-------------------------------------------------------x

CIVIL ACTION NO.
07-CV-10469 (SHS) (MHD)

## STIPULATION TO EXTEND TIME TO ANSWER

It is hereby stipulated and agreed that the time for third-party defendant Illinois National Insurance Company to respond to the third-party complaint is extended up to and including June 30, 2008.

May-30-08   02:48pm   From-Colleran O'Hara & Mills        5167421765         T-458  P.003/003  F-172
05-30-2008  11:57am   From-MARTIN P LAVELLE

New York, New York
May ___, 2008

_____          _____
John Stackpole Groarke, Esq.              Erika C. Aljens, Esq.
Colleran, O'Hara & Mills, LLP             Law Offices of Green & Lavelle
1225 Franklin Avenue, Suite 450           110 William Street, 18th Floor
Garden City, New York 11530               New York, New York 10038
Tel:  516-248-5757                        Tel:  212-266-5880
*Attorneys for Defendant,*                *Attorneys for Third-Party Defendant*
*Third-Party Plaintiff,*                  *Illinois National Insurance Company*
*DMJM+Harris, Inc.,*

SO ORDERED 6/2/08

_____
SIDNEY H. STEIN
U.S.D.J.

2