USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JUAN BREA,

                       **Plaintiffs,**

-against-

NATIONAL RAILROAD PASSENGER CORP.,
d/b/a AMTRAK, DMJM HARRIS, HI-TECH
BREAKING, INC., PROPERTY OWNERS A-Z
(said names being fictitious), RAILROAD OWNERS
AND OPERATORS A-Z (said names being
fictitious), PUBLIC ENTITIES A-Z (said names being
fictitious)

                       **Defendants.**
-----------------------------------------------------------------x
DMJM HARRIS,

                 **Defendant/Third-Party Plaintiff,**

vs.

SKANSKA USA CIVIL NORTHEAST INC., and
ILLINOIS NATIONAL INSURANCE COMPANY,

                 **Third-Party Defendants.**
-----------------------------------------------------------------x

CIVIL ACTION NO.
07-CV-10469 (SHS) (MHD)

### STIPULATION TO EXTEND TIME TO ANSWER

     It is hereby stipulated and agreed that the time for third-party defendant Illinois

National Insurance Company to respond to the third-party complaint is extended up to

and including July 14, 2008.

New York, New York
June 20, 2008

John Stackpole Groarke, Esq.
Colleran, O'Hara & Mills, LLP
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
Tel:    516-248-5757
*Attorneys for Defendant,*
*Third-Party Plaintiff,*
*DMJM+Harris, Inc.,*

Erika C. Aljens, Esq.
Law Offices of Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038
Tel:    212-266-5880
*Attorneys for Third-Party Defendant*
*Illinois National Insurance Company*

SO ORDERED, 6/30/08

U.S.D.J.
Sidney A. Stein

2