```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JUAN BREA, | : | 07 Civ. 10469 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| NATIONAL RAILROAD PASSENGER CORP. d/b/a Amtrak, *ET AL.*, | : | |
| | : | |
| Defendants. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for completion of discovery remains at October 31, 2008;

2. There will be a pretrial conference on October 31, 2008, at 10:00 a.m.; and

3. If there are discovery disputes, the parties shall notify the Court, in writing, by October 3, 2008, so that the dispute can be adjudicated and the discovery taken before the close of discovery.

Dated: New York, New York
      July 10, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.