UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN BREA

       Plaintiff,

  - against -

NATIONAL RAILROAD PASSENGER CORP, d/b/a
AMTRAK, DMJM HARRIS, HI-TECH BREAKING
INC., PROPERTY OWNERS A-Z (said names being
fictitious), RAILROAD OWNERS AND OPERATORS
A-Z (said names being fictitious), PUBLIC ENTITIES
A-Z (said names being fictitious), CORPORATIONS
A-Z (said names being fictitious).,

       Defendants.
-----------------------------------------------------------------X

NOTICE OF APPEARANCE

07 CV 10469 (SHS)

**PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak and Hi-Tech Breaking Inc., the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:   New York, New York
           July 9, 2008

                                    Yours, etc.

                                    LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Michael A. Korn (MK 3232)
Attorneys for Defendant
National Railroad Passenger Corporation
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

464905.1 DocsNY

TO: Angelo R. Bisceglie, Jr. (AB9251)
Bisceglie & DeMarco, LLC
365 Rifle Camp Road
West Paterson, NJ 07424
(973) 742-8900
Fax.: (973) 742-8394

CALLERON, O'HARA & MILLS
Attorneys for DMJM Harris
1275 Franklin Avenue
Suite 450
Garden City, NY 11530

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    TANYA KENNEDY, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

    That on the 10th day of July, 2008, deponent served the within **NOTICE OF APPEARANCE**

upon

    Anthony Bisceglie, Jr. Esq.
    BISCEGLIE & DEMARCO, LLC
    Attorneys for Plaintiff
    365 Rifle Camp Road
    West Patterson, NJ 07424

    CALLERON, O'HARA & MILLS
    Attorneys for DMJM Harris
    1275 Franklin Avenue
    Suite 450
    Garden City, NY 11530

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Tanya Kennedy

Sworn to before me this
10th day of July, 2008

_____
Notary

REGINA CAJIGAS
Notary Public, State of New York
No. 01CA6032498
Qualified in Kings County
Commission Expires November 1, 20 09