```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JUAN BREA,                                 :        07 Civ. 10469 (SHS)

                Plaintiff,    :

       -against-                          :        ORDER

NATIONAL RAILROAD PASSENGER CORP.,         :
d/b/a AMTRAK, *ET AL.*,
                                              :
                Defendants.
---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

       The Court having been informed that a settlement in principle has been arrived at by the parties,

       IT IS HEREBY ORDERED that defendant DMJM Harris' motion for summary judgment [23] is dismissed without prejudice.

Dated: New York, New York
       April 13, 2009

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.