```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JUAN BREA,                                    :      07 Civ. 10469 (SHS)

                Plaintiff,       :

      -against-                             :      ORDER

NATIONAL RAILROAD PASSENGER CORP.,            :
*ET AL.*,
                              :

                Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

        The Court is in receipt of plaintiff's letter dated May 28, and defendant DMJM+Harris' two letters dated May 28. Accordingly,

        IT IS HEREBY ORDERED that:

        1.    If the <u>Tartaglia</u> case in Nassau County Surrogate's Court is settled or that trial is adjourned prior to June 12, 2009, the parties shall notify the Court immediately and the trial in this action will commence on June 22, 2009;

        2.    The parties are to attempt again to agree upon a trial date in July and are urged to agree upon a date. The Court is available that entire month; and

        3.    If the parties are unable to agree on a July trial date, they shall inform the Court, in writing, on or before June 5, of the specific reasons for their unavailability during the month of July.

Dated: New York, New York
         May 29, 2009

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.