USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JUAN BREA,                                : 07 Civ. 10469 (SHS)

                Plaintiff,                :

      -against-                          : ORDER

NATIONAL RAILROAD PASSENGER CORP.,        :
*ET AL*,
                                          :
                Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the motion in limine [document no. 53] by defendants National Railroad Passenger Corp., Hi-Tech Breaking, and third party defendant Skansa USA Civil Northeast is decided as set forth on the record.

Dated: New York, New York
       February 23, 2010

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.